UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-63145-BLOOM

BERESFORD BRYAN BERTRAM,

    Appellant,

v.

MEDITERANIA TOWNHOMES HOA, INC.,

    Appellee.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On December 19, 2019, the Bankruptcy Court issued an Order Denying Debtor's Motion to Re-Open Chapter 7 Bankruptcy Case for Purposes of Enforcing the Discharge Injunction and Along with Motion to Re-Instate Chapter 7 Stay, ECF No. [1] ("Order"). On December 23, 2019, Appellant filed his Notice of Appeal and Statement of Election in which he sought appeal of the Bankruptcy Court Order. *Id.*

On December 31, 2019, this Court ordered Appellant to file and serve his appeal brief "within 30 days of the docketing of the Bankruptcy Transmittal of Designated Record to District Court[.]" ECF No. [5]. Rule 8018(a)(1) of the Federal Rules of Bankruptcy Procedure provides that "[t]he appellant shall serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically." Fed R. Bankr. P. 8018(a)(1). "The appellee must serve and file a brief within 30 days after service of the appellant's brief." Fed R. Bankr. P. 8018(a)(2). The record reflects that the Rule 8018(a)(1) docketing of notice was entered on December 23, 2019, ECF No. [2]. The deadline to file the appellant's brief, therefore, was January 22, 2020.

Appellant was notified that the "[f]ailure to file a brief as required by this Order will result in this appeal being dismissed without further notice." ECF No. [5]. *See also* Fed. R. Bankr. P. 8018(a)(4) ("If an appellant fails to file a brief on time within an extended time authorized by the district court or BAP, an appellee may move to dismiss the appeal—or the district court or BAP, after notice, may dismiss the appeal on its own motion."); *Brake v. Tavormina (In re Beverly Mfg. Corp.)*, 778 F.2d 666 (11th Cir. 1985); *Lawrence v. Educ. Credit Mgmt. Corp.*, 552 F. App'x 836 (11th Cir. 2013). Appellant has not filed his brief nor has he timely filed a motion for extension of time within which to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that this matter is **DISMISSED.** To the extent not otherwise disposed of, all pending motions are **DENIED** as moot. The CLERK is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of January, 2020.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Beresford Bryan Bertram
1707 SW 81st Way
North Lauderdale, FL 33068
954-534-6811
PRO SE